UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA TECNOLOGÍA DE LA
INFORMACIÓN S.C., a Mexican civil society
company and RICARDO BELTRÁN, an
individual,

Plaintiffs,

-against-

ENDAVA INC., a Delaware Corporation,
LEVVEL LLC., a North Carolina based company,
ENDAVA PLC, a United Kingdom public limited
company, and JOHN COTTERELL, an individual,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2026____

26 Civ. 2472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated May 13, 2026, the Court adjourned the deadline for Defendants to answer or otherwise respond to the Complaint. *See* ECF No. 13. The Court clarifies that its May 13 order applies only to the served Defendants, Levvel, LLC and Endava Inc.

SO ORDERED.

Dated: June 23, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge