USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA TECNOLOGÍA DE LA INFORMACIÓN S.C., a Mexican civil society company and RICARDO BELTRÁN, an individual,

Plaintiffs,

-against-

ENDAVA INC., a Delaware Corporation, LEVVEL LLC., a North Carolina based company, ENDAVA PLC, a United Kingdom public limited company, and JOHN COTTERELL, an individual,

Defendants.

26 Civ. 2472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter filed at ECF No. 18. Under Rule III(A) of the undersigned's Individual Practices in Civil Cases, Plaintiffs were required to file an opposition letter "within five business days after receipt of the movant's letter." The Court has received no submission. Accordingly, by **August 17, 2026**, Plaintiffs shall file their opposition letter, if any.

By that **same date**, the parties shall file a joint letter stating whether they would like to request a settlement conference before a magistrate judge or a referral to the Southern District's mediation program.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge