UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA TECNOLOGIA DE LA INFORMACION S.C., and RICARDO PELTRAN,

Plaintiffs,

-against-

ENDAVA INC., et. al.,

Defendants.

26-CV-02472 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 4, 2026:

1. Plaintiff's motion to enforce a settlement agreement shall be filed by **September 8, 2026**.
2. Defendants' opposition shall be filed by **September 25, 2026**.
3. Plaintiff's reply in further support shall be filed by **October 9, 2026**.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**