UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA TECNOLOGIA DE LA INFORMACION S.C., and RICARDO PELTRAN,

Plaintiffs,

-against-

ENDAVA INC., et. al.,

Defendants.

26-CV-02472 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion to seal documents reflecting the terms of the parties' confidential settlement term sheet and the substance of the parties' settlement discussions (ECF 27); redacted versions are available as exhibits to ECF 27. The motion to seal is granted, and the Clerk of Court is respectfully requested to terminate ECF 27 and to maintain the unredacted versions at ECF 28 under seal.

DATED: September 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**