AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Miranda Tecnologia de la Informacion S.C., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-CV-02472 |
| Endava Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Endava Inc., Endava PLC, and Levvell LLC. .

Date: 10/26/2026

/s/ Joshua Counts Cumby
*Attorney's signature*

Joshua Counts Cumby
*Printed name and bar number*

Adams & Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
*Address*

joshua.cumby@arlaw.com
*E-mail address*

(615) 259-1450
*Telephone number*

(615) 259-1470
*FAX number*