UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANDA TECNOLOGIA DE LA INFORMACION S.C., and RICARDO PELTRAN,

Plaintiffs,

-against-

ENDAVA INC., et. al.,

Defendants.

26-CV-02472 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendants' motion to seal certain portions of their opposition to Plaintiffs' motion to enforce the settlement agreement. (ECF 33.) The motion is GRANTED. The materials that Defendants seek to seal are or discuss confidential settlement documents and communications. Redacted versions of the relevant filings appear on the public docket. There is no presumptive right of public access to settlement discussions and documents; courts approve the sealing of settlement documents and communications because, among other considerations, courts have a responsibility to facilitate settlements. *See United States v. Glens Falls Newspapers, Inc.,* 160 F.3d 853, 858 (2d Cir. 1998).

The Clerk of Court is respectfully requested to terminate ECF 27 and ECF 33, and to keep the documents at ECF 35 and ECF 37 under permanent seal.

DATED: October 27, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**